ACCEPTED
14-14-00835-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 1:58:22 PM
CHRISTOPHER PRINE
CLERK

IN THE
COURT OF APPEALS FOR THE
FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 1:58:22 PM
CHRISTOPHER A. PRINE
Clerk

EX PARTE §
§ CAUSE NO. 14-14-00835-CR
CHIDIEBELE GABRIEL OKONKWO §

**APPELLANT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE BRIEF**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Chidiebele Gabriel Okonkwo, appellant, moves to extend the time to file his brief, and would show as follows:

I.

Appellant was charged with forgery in cause number 09-DCR-52539 in the 434th District Court of Fort Bend County. He pled not guilty before the Honorable James Shoemake. A jury convicted him on July 16, 2010, and the court assessed his punishment at three years in prison, probated for three years, on October 22, 2010.

This Court reversed the conviction in a published opinion issued on December 20, 2011. The Court of Criminal Appeals reversed this Court's judgment and affirmed the conviction in a published opinion issued on May 15, 2013. Okonkwo v. State, 357 S.W.3d 815 (Tex. App.—Houston [14th Dist] 2011), rev'd, 398 S.W.3d 689 (Tex. Crim. App. 2013).

Appellant filed a habeas corpus application pursuant to article 11.072 of the

1

Code of Criminal Procedure on May 23, 2014. The trial court denied relief on September 23, and appellant timely filed notice of appeal on October 17. His brief is due on January 2, 2015.

## II.

This Court may extend time to file a brief. TEX. R. APP. P. 10.5(b) and 38.6(d). Appellant has not previously requested an extension of time to file his brief. Appellate counsel was out of town over the Christmas holiday; and his secretary unexpectedly quit in mid-December, which has bogged down all administrative matters. Thus, he needs more time to finalize the brief. He requests that the Court grant a 15-day extension of time to file the brief.

## **CONCLUSION**

Appellant requests that the Court grant this motion.

Respectfully submitted,

/S/ *Josh Schaffer*
Josh Schaffer
State Bar No. 24037439

McKinney, Suite 3100
Houston, Texas 77010
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Appellant
CHIDIEBELE GABRIEL OKONKWO

2

## CERTIFICATE OF SERVICE

I served a copy of this motion on Gail McConnell, assistant district attorney for Fort Bend County, by electronic mail on January 2, 2015.

/S/ *Josh Schaffer*
Josh Schaffer

## CERTIFICATE OF CONFERENCE

I conferred with Gail McConnell, assistant district attorney for Fort Bend County, on January 2, 2015, and she does not oppose this motion.

/S/ *Josh Schaffer*
Josh Schaffer